IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**JONATHAN MARTINEZ-GONZALEZ, ET AL**<br>Defendants. | **CRIMINAL NO.: 25-184 (ADC)** |

### UNITED STATES' MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

The undersigned Assistant United States Attorney Hector L. Siaca-Flores is no longer the Prosecutor assigned to the above captioned case. Therefore, it is respectfully requested that this Court accept this request to withdraw as attorney for the United States in this particular case.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the above and grant the withdrawal of the undersigned as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 2nd day of May 2025.

**W. STEPHEN MUDROW**
United States Attorney

*s/Hector L. Siaca-Flores*
Hector L. Siaca-Flores, USDC G03905
Assistant United States Attorney
Torre Chardon
350 Avenida Carlos Chardon, Suite 1201
San Juan, Puerto Rico 00918-2142
787-766-5656
hector.siaca.flores@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 2nd day of May 2025.

*s/Hector L. Siaca-Flores*
Hector L. Siaca-Flores, USDC G03905
Assistant United States Attorney